UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DANIEL WELLS, individually, and on behalf of all other similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PERRIGO COMPANY, PLC, and<br>L. PERRIGO COMPANY, jointly and severally,<br>    Defendants. | Case No. 1:22-cv-01134-RJJ-SJB<br><br>Hon. Robert J. Jonker |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

The parties, Daniel Wells and Perrigo Company, PLC and L. Perrigo Company, by and through their respective counsel, hereby stipulate to dismiss this action in its entirety, with prejudice and without costs or fees to any party.

Date:  July 26, 2023

Respectfully submitted,

| | |
|---|---|
| By: /s/ Jesse L. Young (w/permission)<br>Jesse L. Young (P72614)<br>Kathryn E. Milz (6297213)<br>Jason J. Thompson (P47184)<br>Sommers Schwartz, PC<br>Attorneys for Plaintiff<br>1 Towne Square, 17th Floor<br>Southfield, MI  48375<br>(248) 355-0300<br>jyoung@sommerspc.com<br>kmilz@sommerspc.com<br>jthompson@sommerspc.com | By: /s/ Elizabeth Wells Skaggs<br>Perrin Rynders (P38221)<br>Elizabeth Wells Skaggs (P62133)<br>Ashleigh E. Draft (P83906)<br>Varnum LLP<br>Attorneys for Defendants<br>Bridgewater Place, P.O. Box 352<br>Grand Rapids, MI  49501-0352<br>(616) 336-6000<br>prynders@varnumlaw.com<br>ewskaggs@varnumlaw.com<br>aedraft@varnumlaw.com |

**ORDER**

IT IS HERBY ORDERED that this matter is dismissed with prejudice and without costs or fees to any party.

**This resolves the last matter and closes this case.**

Date:   July 27    , 2023            /s/ Robert J. Jonker
                                     Honorable Robert J. Jonker
                                     District Court Judge

20496277.2